## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

SEAN MCAVOY,

             Plaintif,

             -against-

CHARTER COMMUNICATIONS, LLC, and
KRISTIN SAVOY, individually,

             Defendants.

Civil Case No. 1:26-cv-00153-MAD-DJS

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties who have appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action, including all claims and counterclaims asserted therein, is hereby dismissed **with prejudice**, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: May 1, 2026

**GLEASON, DUNN, WALSH & O'SHEA**

By: _____
    Lisa F. Joslin
    Kathryn D. Bobel
300 Great Oaks Blvd. – Suite 321
Albany, NY 12203
(518) 432-7511
Email: ljoslin@gdwo.net
Email: kdaniels@gdwo.net

*Attorneys for Plaintiff*

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _____
    Philip E. Karmel
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2000
Email: philip.karmel@bclplaw.com

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
Mae A. D'Agostino,
U.S. District Judge

Dated: ____May 4, 2026_____
          Albany, NY